**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00495-CR

**JEFFREY SCOTT HAZLETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81088-2015**

## ORDER

The Court **REINSTATES** this appeal.

On January 19, 2017, we granted appellant's motion and remanded this appeal to the trial court to make findings of fact and conclusions of law regarding the voluntariness of appellant's written statement. The supplemental clerk's record containing the findings of fact and conclusions of law was filed January 24, 2017.

We **ORDER** appellant's brief filed on or before February 15, 2017.

/s/     ADA BROWN
         JUSTICE